PER CURIAM.
This appeal is dismissed without prejudice for appellant to raise the issue by motion pursuant to Rule 3.850, Florida Rules of Criminal Procedure. Sawyer v. State, 401 So.2d 939 (Fla. 1st DCA 1981); Canty v. State, 402 So.2d 1232 (Fla. 5th DCA 1981); Johnson v. State, 403 So.2d 1148 (Fla. 1st DCA 1981); McFadden v. State, 423 So.2d 456 (Fla. 4th DCA 1982). Cf., Pedroso v. State, 420 So.2d 908 (Fla. 2d DCA 1982).
BOOTH, WIGGINTON and NIMMONS, JJ., concur.